|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JULIE T. SPEYER, | | |
| | Plaintiff, | CASE NO. 3:17-CV-05788-DWC |
| v. | | ORDER GRANTING STIPULATED MOTION FOR REMAND |
| NANCY A BERRYHILL, Deputy Commissioner of Social Security for Operations, | | |
| | Defendant. | |

Presently before the Court is Defendant's Stipulated Motion for Remand ("Motion"). Dkt. 15. After reviewing the Motion and the relevant record, the Court orders the following:

Defendant's Motion is granted, and the case is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

If Plaintiff does not receive a fully favorable decision on remand, the Administrative Law Judge will:

- Hold a de novo hearing;

- Reevaluate the claimant's subjective complaints and the medical opinion evidence of record;
- Reevaluate whether the claimant meets or equals a listing and, as appropriate, the claimant's residual functional capacity; and
- Issue a new decision.

The parties agree that following proper motion the Court shall consider Plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Dated this 22nd day of May, 2018.

David W. Christel
United States Magistrate Judge